FRANK T. SAUNDERS *vs.* WILLIAM C. PENDLETON, Town Treasurer of the Town of Westerly.

After pleading the general issue the defendant's motion to dismiss the action for defects in the declaration ought not to be granted if the declaration, though technically defective in form, contains a substantial statement of a cause of action.

PLAINTIFF'S petition for a new trial.

*November* 22, 1895. PER CURIAM. The court is of the opinion that though the declaration is technically defective in form, it contains a substantial statement of the plaintiff's cause of action, and that the defendant's motion to dismiss, after having pleaded the general issue, comes too late and should not have been granted.

Plaintiff's petition for a new trial granted, and case remitted to the Common Pleas Division for further proceedings.

*Albert B. Crafts,* for plaintiff.